B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Maryland

In re **Thomas A Greenen**  
Debtor(s)

Case No. _____  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Citimortgage Inc | **Describe Property Securing Debt:** <br> 9210 Murillo Street <br> Owings Mills, Maryland 21117 <br> **SURRENDERING INTEREST IN PROPERTY** |
|---|---|

Property will be (check one):  
■ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt      ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> Toyota Motor Credit | **Describe Property Securing Debt:** <br> 2005 Toyota Camry |
|---|---|

Property will be (check one):  
☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
■ Other. Explain **Retain and continue to make payment** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt      ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)   Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Village of Painters Mill Towns** | **Describe Property Securing Debt:**<br>**9210 Murillo Street**<br>**Owings Mills, Maryland 21117**<br>**SURRENDERING INTEREST IN PROPERTY** |

Property will be (check one):
    ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Webster Bank** | **Describe Property Securing Debt:**<br>**9210 Murillo Street**<br>**Owings Mills, Maryland 21117**<br>**SURRENDERING INTEREST IN PROPERTY** |

Property will be (check one):
    ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **November  3, 2009**      Signature   **/s/ Thomas A Greenen**
                                                                    **Thomas A Greenen**
                                                                    Debtor